Exhibit A to Short Form Complaint in In re: Aqueous Film-Forming Foams Products Liability Litigation, MDL 2873

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name")* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Adams, Frances | 1/5/1976 | TN | Middle District of Tnessee, Nashville Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 2. | Adkisson, Samantha o/b/o Adkisson, Charlie (dec) | 6/21/1976 | CA | Western Disrtrictof Texas, Austin Division | No | Yes | No | Kidney cancer | I-XIX |
| 3. | Archer, Travis | 9/22/1978 | CA | Central District of California,, Riverside Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 4. | Auldridge, Joe | 11/5/1948 | OH | Southern District of Ohio, Dayton Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 5. | Ayala, Michael | 6/15/1954 | CA | Central District of California,, Riverside Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 6. | Baez, Richard | 5/1/1988 | TX | Northern District of Texas, Dallas Division | No | Yes | No | Ulcerative Colitis | I-IX, XIII-XIX |
| 7. | Banks, Sr., Greg | 12/15/1964 | PA | Eastern District of Pennsylvania, Philadelphia Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 8. | Barberina, Brian | 7/7/1951 | TX | Northern District of Texas, Fort Worth Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 9. | Barrett, Russell | 10/21/1966 | SC | District of South Carolina, Anderson Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 10. | Beaman, Dawn | 6/9/1966 | NC | Eastern District of North Carolina, New Bern Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 11. | Bellio, June | 9/20/1962 | MA | District of Massachusetts, Springfield Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 12. | Benninger, John | 3/23/1962 | NV | District of Nevada, Las Vegas Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 13. | Bittner, David | 9/28/1948 | SC | Disrict of South Carolina, Charleston Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 14. | Bivens, Richard | 7/5/1950 | CA | Central District of California,, Riverside Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 15. | Borges, Ana | 9/1/1962 | FL | Southern District of Florida, Miami Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 16. | Boyd, Undreka | 7/27/1991 | TX | Southern District of Texas, Houston Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 17. | Bradshaw, Robert | 2/19/1972 | AL | Middle District of Alabama, Montgomery Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 18. | Brass, Patricia | 11/16/1956 | TX | Northern District of Texas, Dallas Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 19. | Brewster, Arthur | 7/19/1974 | FL | Middle District of Florida Orlando Division | Yes | Yes | No | thyroid disease | I-IX, XIII-XIX |
| 20. | Brown, Shawntae | 1/24/1992 | TX | Western District of Texas, San Antonio Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 21. | Brzyski, Catherine | 8/24/1974 | PA | Eastern District of Pennsylvania, Philadelphia Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 22. | Burns, Richard | 5/31/1970 | GA | Southern District of Georgia, Savannah Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 23. | Burslem, David | 6/19/1945 | DE | District of Delaware, Wilmington Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 24. | Burton, Matthew | 11/29/1974 | OH | Northern District of Ohio, Toldeo Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 25. | Burton, Nona | 9/19/1947 | PA | Eastern District of Pennsylvania, Philadelphia Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 26. | Card, Larry | 12/23/1937 | TN | Eastern District of Tennessee, Chattanooga Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 27. | Carpenter, Michael | 10/17/1945 | MD | District of Maryland, Greenbelt Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 28. | Celestin, Monica | 3/13/1952 | NJ | District of New Jersey, Patterson Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 29. | Chanda, Darlene | 6/27/1956 | NY | Eastern District of New York, Central Islip Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 30. | Childs, Darrel | 6/13/1957 | DE | District of Delaware, Dover Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 31. | Christian, Lona | 2/15/1955 | OH | Southern District of Ohio, Columbus Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 32. | Chukwudi, Ekene | 12/10/1989 | CA | Central District of California, Los Angeles Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 33. | Clark, Jr., Orenthia | 6/28/1991 | TX | Southern District of Texas, Houston Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 34. | Coleman, Jennifer | 9/12/1974 | TX | Southern District of Texas, Corpius Christi Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 35. | Coleman, Keith | 12/25/1958 | OH | Northern District of Ohio, Toledo Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 36. | Colman, Henry | 9/17/1968 | TX | Western District of Texas, Austin Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 37. | Combs, Gerald | 7/30/1959 | MI | Eastern District of Michigan, Flint Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 38. | Cook, Crystal | 4/16/1973 | NC | Western District of North Carolina, Statesville Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 39. | Cornell, Mark | 12/19/1968 | NE | District of Nebraska, Omaha Division | No | Yes | No | Thyroid Cancer | I-IX, XIII-XIX |
| 40. | Cornett, Mary | 12/4/1959 | VA | Eastern District of Virginia, Richmond Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 41. | Courtney, Brennan | 3/24/2000 | VA | Western District of Virginia, Roanoke Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 42. | Daniels, Quincy | 6/15/1946 | OH | Southern District of Ohio, Cincinnati Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 43. | Delagarza. Christopher | 12/18/1968 | CA | Eastern District of California, Fresno Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 44. | Dillon, Joan | 1/18/1954 | DE | District of Delaware, Wilmington Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 45. | Diostilio, Andrew | 3/3/1984 | PA | Eastern District of Pennsylvania, Philadelphia Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 46. | Dixon, Kevashanay | 12/6/1995 | CA | Central District of California, Los Angeles Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 47. | Dodge, Greg | 8/1/1954 | NY | Southern District of New York, White Plains Division | Yes | Yes | No | ulcerative colitis | I-IX, XIII-XIX |
| 48. | Durstine, Barry | 8/16/1960 | PA | Western District of Pennsylvania, Erie Division | Yes | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 49. | Elliott, Dale | 7/30/1964 | OH | Southern District of Ohio, Columbus Division | No | Yes | No | thyroid disease | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 50. | Emanuel, Margaret | 8/5/1949 | NC | Eastern District of North Carolina, Raleigh Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 51. | Emerick, Kevin | 9/25/1963 | VA | Eastern District of Virginia, Alexandria Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 52. | England, Travis | 9/19/1973 | AL | Northern District of Alabama, Huntsville Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 53. | Estrada jr, Octaviano | 10/1/1984 | TX | Western District of Texas, Waco Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 54. | Ewing, Cathy | 5/29/1949 | OH | Southern District of Ohio Columbus Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 55. | Felgar, Brittney | 10/30/1987 | OH | Northern District of Ohio, Akron Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 56. | Ferguson, Heidi o/b/o Whittman, William | 12/14/1965 | OH | Southern District of Ohio, Dayton Division | No | Yes | No | kidney cancer | I-XIX |
| 57. | Ferry, Cheryl | 9/23/1960 | NY | Eastern District of New York, District of Central Islip | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 58. | Fields, Margie | 8/6/1967 | SC | Disrict of South Carolina, Charleston Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 59. | Flowers, Mary | 3/29/1960 | CO | District of Colorado, Denver Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 60. | Fountain, Thomas | 1/14/1990 | NY | Northern District of New York, Albany Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 61. | Frain, Richard | 10/14/1956 | FL | Southern District of Florida, Fort Pierce Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 62. | Freeman, Terry | 9/20/1961 | GA | Noerthern District of Georgia, Rome Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 63. | Fulton, Delores | 9/22/1952 | NC | Middle District of North Carolina, Greensboro Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 64. | Fussell, Sharon | 2/7/1958 | VA | Eastern District of Virginia, Alexandria Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 65. | Gardea, Javier | 4/16/1952 | TX | Western District of Texas, El Paso Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 66. | Garcia, Jerry | 5/24/1981 | CA | Central District of California, Los Angeles Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 67. | Gipson, Kevin | 9/7/1958 | LA | Eastern District of Louisiana, New Orleans Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 68. | Goldman, Marciibeth | 3/29/1973 | MA | District of Massachusetts, Boston Division | No | Yes | No | thyroid cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 69. | Gomez, Juan | 1/27/1981 | CA | Central District of California,, Riverside Division | No | Yes | No | tasticular Cancer | I-IX, XIII-XIX |
| 70. | Guerra, Maria on behalf of Guerra, Praxedis (dec) | 11/3/1946 | TX | Southern District of Texas, Corpu Christi Division | Yes | Yes | No | Thyroid cancer | I-XIX |
| 71. | Hamilton, Brandon | 8/29/1986 | TX | Southern District of Texas, Houston Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 72. | Harmon, Carrie | 6/15/1979 | OH | Southern District of Ohio, Columbus Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 73. | Harper, Catherine | 9/3/1946 | KY | Western District o Kentucky, Louisville Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 74. | Harris, David | 10/30/1998 | CA | Central District of California, Santa Ana Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 75. | Heirendt, Joshua | 9/14/1976 | NV | District of Nevada, Las Vegas Division | No | Yes | No | Ulcerative Colitis | I-IX, XIII-XIX |
| 76. | Hendrix, Deborah | 5/9/1957 | AZ | District of Arizona, Phoenix Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 77. | Hernandez, Robert | 11/3/1981 | TX | Nothern District of Texas, Abilene Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 78. | Hodges, David | 5/24/1978 | GA | Northern District of Georgia, Rome Division | No | Yes | No | tasticular Cancer | I-IX, XIII-XIX |
| 79. | Holmes, Linda | 3/6/1944 | SC | District of South Carolina, Florence Divison | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 80. | Horner, Keith | 5/20/1959 | WA | Western District of Washington, Seattle Division | No | Yes | No | Thyroid Disease | I-IX, XIII-XIX |
| 81. | Horton, Alvin | 11/28/1978 | CA | Central District of California,, Riverside Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 82. | Hubbard, Keith | 2/22/1964 | FL | Southern District of Florida, Fort Lauderdale Division | No | Yes | No | Testicular Cancer | I-IX, XIII-XIX |
| 83. | Jackson, David | 5/10/1978 | TX | Northern District of Texas, Fort Worth Division | No | Yes | No | testicular cancer | I-IX, XIII-XIX |
| 84. | Jacobs, John | 7/22/1952 | Mt | District of Montana, Missoula Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 85. | Jancko, Dani | 6/22/1970 | VT | District of Vermont, Burlington Division | No | Yes | No | kidney cancer | I-IX, XIII-XIX |
| 86. | Jean-Pierre, Alvin | 8/4/1986 | FL | Southern District of Florida, Miami Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 87. | Jennings, Cynthia | 3/26/1957 | FL | Middle District of Florida, Tampa Division | No | Yes | No | Kidney Cancer | I-IX, XIII-XIX |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 88. | Jernigan, Xavier | 3/16/1982 | GA | Northern District of Georgoia, Gainesville Division | Yes | Yes | No | Kidney Cancer | I-IX, XIII-XIX |
| 89. | Johnson, Tina | 3/29/1966 | GA | Northern District of Georgoia, Atlanta Division | No | Yes | No | Ulcerative Colitis | I-IX, XIII-XIX |
| 90. | Jones, Brian | 9/12/1976 | NC | Eastern District of North Carolina, Raleigh Division | No | Yes | No | tasticular Cancer | I-IX, XIII-XIX |